UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRESTON G. DEMOUCHETTE, JR. (#90331)

VERSUS

JAMES M. LeBLANC, ET AL.

CIVIL ACTION

NO. 12-0499-BAJ-DLD

**RULING
and ORDER OF DISMISSAL**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 3, 2012 (doc. 4), and plaintiff's opposition filed October 9, 2012 (doc. 5).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** action be dismissed, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, October 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA